**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SAMMEISO LEONARD LEWIS,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.<br>Defendants. | Case No. 2:25-cv-02661-TJH-DFM<br><br>Order Accepting Report and Recommendation of United States Magistrate Judge |

Under 28 U.S.C. § 636, the Court has reviewed the Complaint, the other records on file herein, and the Report and Recommendation of the United States Magistrate Judge. No objections were filed. The Court accepts the report, findings, and recommendations of the Magistrate Judge.

IT IS THEREFORE ORDERED that:

1. The Report and Recommendation of the United States Magistrate Judge is ACCEPTED.

2. Plaintiff's claims for damages against all Defendants and Plaintiff's claims premised on his asserted divine sovereignty and demands for diplomatic recognition are DISMISSED WITH PREJUDICE.

3. Plaintiff's claims seeking to enjoin or declare unlawful the ongoing state criminal proceedings, including any determination regarding the

involuntary administration of medication, are DISMISSED WITHOUT PREJUDICE.

4. The Complaint is dismissed WITHOUT LEAVE TO AMEND.

5. Judgment shall be entered accordingly.

Date: September 18, 2026

TERRY J. HATTER, JR.
United States District Judge