JS-6

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**
**WESTERN DIVISION**

| | |
|---|---|
| SAMMEISO LEONARD LEWIS,<br>Plaintiff,<br>v.<br>STATE OF CALIFORNIA, et al.<br>Defendants. | Case No. 2:25-cv-02661-TJH-DFM<br><br>JUDGMENT |

Pursuant to the Court's Order Accepting the Report and Recommendation of United States Magistrate Judge,

IT IS ADJUDGED that Plaintiff's claims for damages against all Defendants and Plaintiff's claims premised on his asserted divine sovereignty and demands for diplomatic recognition are DISMISSED WITH PREJUDICE. Plaintiff's claims seeking to enjoin or declare unlawful the ongoing state criminal proceedings, including any determination regarding the involuntary administration of medication, are DISMISSED WITHOUT PREJUDICE. The action is dismissed WITHOUT LEAVE TO AMEND.

Date: September 18, 2026

Terry J. Hatter, Jr.
TERRY J. HATTER, JR.
United States District Judge